# U.S. District Court
## Northern District of Ohio (Cleveland)
### CIVIL DOCKET FOR CASE #: 1:04-cv-01161-KMO

04cv12288 PBS

Lienerth v. Pfizer, Inc. et al
Assigned to: Honorable Kathleen M. O'Malley
Cause: 18:1962 Racketeering (RICO) Act

Date Filed: 06/18/2004
Jury Demand: Plaintiff
Nature of Suit: 470 Racketeer/Corrupt Organization
Jurisdiction: Federal Question

**Plaintiff**

--------------------

**Mary Lou Lienerth,** *on behalf of herself and all others similarly situated*

represented by **David C. Landever**
Weisman, Kennedy & Berris
Ste. 1600
101 Prospect Avenue, W
Cleveland, OH 44115
216-781-1111
Fax: 216-781-6747
Email: dlandever@wisemanlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Eric Kennedy**
Weisman, Kennedy & Berris
1600 Midland Bldg.
101 Prospect Avenue, W
Cleveland, OH 44115
216-781-1111
Fax: 216-781-6747
Email: drozman@weismanlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles F. Barrett**
Barrett Law Office
404 Court Square North
P.O. Box 987
Lexington, MS 39095
662-834-2376

**Don Barrett**
Barrett Law Office
404 Court Square North
P.O. Box 987
Lexington, MS 39095
662-834-2376
Fax: 662-834-2628

Email: dbarrett@barrettlawoffice.com

V.

**Defendant**
-----------------------

| | |
|---|---|
| **Pfizer, Inc.** | represented by **Ralph Streza**<br>Porter, Wright, Morris & Arthur<br>925 Euclid Avenue<br>Ste. 1700<br>Cleveland, OH 44115<br>216-443-2510<br>Fax: 216-443-9011<br>Email: rstreza@porterwright.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**James P. Rouhandeh**<br>Davis Polk & Wardell<br>450 Lexington Avenue<br>New York, NY 10017<br>212-450-4511<br>Fax: 450-3511 |
| **Warner Lambert Company** | represented by **Ralph Streza**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**James P. Rouhandeh**<br>(See above for address) |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/18/2004 | 1 | Complaint with jury demand against Pfizer, Inc. & Warner Lambert Company (2 summons and Magistrate Consent Forms issued to counsel). Filed by Mary Lou Lienerth. Filing fee paid; receipt number 661625. (Attachments: # 1 Civil Cover Sheet)(C, BA) (Entered: 06/21/2004) |
| 06/18/2004 | 2 | Random Assignment of Magistrate Judge Vecchiarelli(C, BA) (Entered: 06/21/2004) |
| 06/24/2004 | 3 | Return of Service Executed upon Pfizer, Inc. by Certified mail on June 21, 2004 filed by Mary Lou Lienerth (Kennedy, R.) (Entered: 06/24/2004) |

| | | |
|---|---|---|
| 06/24/2004 | 4 | Return of Service Executed upon Warner-Lambert Company by Certified mail on June 21, 2004 filed by Mary Lou Lienerth (Kennedy, R.) (Entered: 06/24/2004) |
| 07/08/2004 | 5 | Joint Motion to stay *the Proceedings Pending Transfer to Multidistrict Litigation ("MDL")* filed by all defendants. (Attachments: # 1 Proposed Order Staying the Proceedings in this Matter Until Transfer to the MDL)(Streza, Ralph) Modified on 7/12/2004 (C, K A). (Entered: 07/08/2004) |
| 07/09/2004 | | Order (non-document) entered 7/9/2004 granting joint Motion to stay proceedings pending transfer to the MDL (Related Doc # 5). Judge Kathleen M. O'Malley (H, C) (Entered: 07/09/2004) |
| 07/14/2004 | 6 | First Amended complaint with jury demand against all defendants. Filed by Mary Lou Lienerth. (Kennedy, R.) Modified text 7/15/2004 (C, K A). (Entered: 07/14/2004) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/27/2004 14:30:12 | | | |
| PACER Login: | us2510 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:04-cv-01161-KMO |
| Billable Pages: | 2 | Cost: | 0.14 |